**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1254**

In re: RAYMOND ALAN GRIFFIN,

　　　　　Petitioner.

On Petition for Writ of Mandamus.  (5:18-cr-00096-BO-1)

Submitted:  June 13, 2019                    Decided:  June 17, 2019

Before WYNN and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petitions denied by unpublished per curiam opinion.

Raymond Alan Griffin, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Alan Griffin has filed both a petition and an amended petition for a writ of mandamus in which he seeks an order from this court directing the district court to rule on several motions Griffin filed in his criminal matter. Griffin also asks this court to correct numerous errors and constitutional violations he alleges have occurred during his criminal proceedings. Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. U.S. Dist. Ct.*, 426 U.S. 394, 402 (1976); *United States v. Moussaoui*, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought, *In re First Fed. Sav. & Loan Ass'n*, 860 F.2d 135, 138 (4th Cir. 1988), and may not be used as a substitute for appeal. *In re Beard*, 811 F.2d 818, 826 (4th Cir. 1987); *see In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

We conclude that Griffin is not entitled to mandamus relief. Accordingly, we deny Griffin's mandamus petitions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*